| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **NATHAN F. SMITH #264635**<br>**MALCOLM • CISNEROS,** A Law Corporation<br>**2112 Business Center Drive, Second Floor**<br>**Irvine, California  92612**<br>**nathan@mclaw.org**<br>**(949) 252-9400 (TELEPHONE)**<br>**(949) 252-1032 (FACSIMILE)**<br><br>☒ Attorney for:    **Movant** | **FILED & ENTERED**<br><br>**JUN 24 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY toliver    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:  **SOPHIA YOO,** | CHAPTER:  **7** |
|---|---|
| Debtor(s). | CASE NO.:  **2:10-bk-27635-TD** |
|  | DATE:  **June 16, 2010** |
|  | TIME:  **11:00 a.m.** |
|  | CTRM:  **1345** |
|  | FLOOR:  **13th** |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Real Property)**
**(MOVANT: <u>BANK OF AMERICA, N.A., and its successors and/or assignees,</u>)**

1. The Stay Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. The Stay Motion affects the following real property (the "Property"):
   *Street Address:*  **871 CRENSHAW BLVD**
   *Apartment/Suite no.:*  **#405**
   *City, State, Zip Code:*  **LOS ANGELES, CA 90005**

   Legal Description or document recording number (including county of recording):

   ☒  See attached page.

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. §362(d)(2)    ☐ 11 U.S.C. §362(d)(3)
   ☐ 11 U.S.C. §362(d)(4)

4. As to Movant, the successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a.  ☒  Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b.  ☐  Annulled retroactively to the date of the bankruptcy petition filing.

   c.  ☐  Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒  Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                                                                  **F 4001-1O.RP**

| | | |
|---|---|---|
| In re<br>**SOPHIA YOO,** | (SHORT TITLE)<br><br>Debtor(s). | Order on Motion for Relief From Stay (Real Property) - **F 4001-1O.RP**<br>CHAPTER: **7**<br>CASE NO.: **2:10-bk-27635-TD** |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:
   ☐ transfer of all or part ownership or, or other interest in, the Property without the consent of the secured creditor or court approval.
   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changes circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    c. ☐ The provisions set forth in the Extraordinary Relief attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

    d. ☐ See attached continuation page for additional provisions.

###

DATED: June 24, 2010

*[signature: Thomas B. Donovan]*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*    **F 4001-1O.RP**

Case 2:10-bk-27635-TD   Doc 18   Filed 06/26/10   Entered 06/26/10 21:55:20   Desc
Order on Motion for Relief From Stay (Real Property) -
Imaged Certificate of Service   Page 3 of 6                    F 4001-1O.RP

| In re **SOPHIA YOO,** | (SHORT TITLE) | CHAPTER: **7** |
|---|---|---|
| | Debtor(s). | CASE NO.: **2:10-bk-27635-TD** |

## LEGAL DESCRIPTION

A CONDOMINIUM COMPRISED OF:

EXHIBIT "A".

PARCEL 1:

A) AN UNDIVIDED 1/24 INTEREST IN AND TO LOT 1 OF TRACT NO. 61979, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1328 PAGES 60 AND 61, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 101 TO 106, INCLUSIVE, 201 TO 206, INCLUSIVE, 301 TO 306, INCLUSIVE, AND 401 TO 406, INCLUSIVE, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED ON JANUARY 31, 2007 AS INSTRUMENT NO. 2007-0202228, AND AS AMENDED MARCH 7, 2007 AS INSTRUMENT NO. 2007-0498111 AND MARCH 21, 2007 AS INSTRUMENT NO. 2007-0638773 BOTH OF OFFICIAL RECORDS.

B) UNIT 405 AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN ABOVE MENTIONED.

PARCEL 2:

AN EXCLUSIVE EASEMENT FOR PARKING SPACE PURPOSES OVER THOSE AREAS NUMBERED " 5 P" (AND "12 P") AS SHOWN AND DEFINED AS EXCLUSIVE USE COMMON AREA ON THE CONDOMINIUM PLAN ABOVE MENTIONED.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR STORAGE SPACE PURPOSES OVER THOSE AREAS NUMBERED " 24 S" AS SHOWN AND DEFINED AS EXCLUSIVE USE COMMON AREA ON THE CONDOMINIUM PLAN ABOVE MENTIONED.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                                                                 **F 4001-1O.RP**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**2112 Business Center Drive, Second Floor
Irvine CA 92612**

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **June 18, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:    SOPHIA YOO, 871 Crenshaw Blvd., #405, Los Angeles, CA 90005
JUNIOR LIENHOLDER:    BAC Home Loan Servicing, 450 American Street, Simi Valley, CA 93065**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 18, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**UST:   LOS ANGELES DIVISION ustpregion16.la.ecf@usdoj.gov
CHAPTER 7 TRUSTEE:   ALFRED H. SIEGEL, ahstrustee@horwathcal.com
DEBTOR'S ATTORNEY:   Alan W. Forsley, awf@fredmanlieberman.com**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 18, 2010** | **Dane Exnowski** | /s/ Dane Exnowski |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 18, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**UST: LOS ANGELES DIVISION ustpregion16.la.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: ALFRED H. SIEGEL, ahstrustee@horwathcal.com
DEBTOR'S ATTORNEY: Alan W. Forsley, awf@fredmanlieberman.com
ATTORNEY FOR MOVANT: Nathan F. Smith; nathan@mclaw.org**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**DEBTOR: SOPHIA YOO 871 Crenshaw Blvd., #405, Los Angeles, CA 90005**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: admin                 Page 1 of 1              Date Rcvd: Jun 24, 2010
Case: 10-27635                Form ID: pdf031             Total Noticed: 8

The following entities were noticed by first class mail on Jun 26, 2010.
db          +Sophia Yoo,    871 Crenshaw Blvd. #405,     Los Angeles, CA 90005-6211
aty         +Alan W Forsley,    1875 Century Park East,    Ste 2200,    Los Angeles, CA 90067-2523
aty         +Nathan F Smith,    Malcolm - Cisneros,    2112 Business Center Dr,    Irvine, CA 92612-7135
aty         +Patti H Bass,    3936 E Ft Lowell Rd Ste 200,    Tucson, AZ 85712-1083
ust         +United States Trustee (LA),     725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
cr          +Bank of America, N.A.,    Malcolm Cisneros,    A Law Corporation,    2112 Business Center Drive,
              Second Floor,    Irvine, CA 92612-7135
cr          +HSBC Bank Nevada, N.A.,     Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083

The following entities were noticed by electronic transmission on Jun 25, 2010.
tr           +E-mail/Text: margo.tzeng@crowehorwath.com                          Alfred H Siegel,
              Siegel, Gottlieb, Mangel & Levine,    15233 Ventura Blvd., 9th Floor,
              Sherman Oaks, CA 91403-2250
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2010**                    **Signature:** _Joseph Speetjens_