| Attorney or Party Name, Address, Telephone and FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Jason B. Cruz CA**<br>**34 Plaza Square**<br>**Orange, CA 92866**<br>**866-775-3888 Fax: 866-838-8344**<br>California State Bar Number: **203133**<br><br>*Attorney for: Dark Hall Productions, LLC* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

    **Yoo Sophia**

Debtor(s).

| | |
|---|---|
| **DARK HALL PRODUCTIONS, LLC**<br><br>Plaintiff(s),<br><br>vs.<br><br>**SOPHIA YOO, a/k/a Sun G. Yoo**<br><br>Defendant(s). | CHAPTER: **7**<br>CASE NO.: **2:10-bk-27635-TD**<br>ADVERSARY NO.: **2:10-ap-02485**<br>DATE: **October 24, 2010**<br>TIME: **11:00 AM**<br>PLACE: **Courtroom 1345** |

**JOINT STATUS REPORT**
**LOCAL BANKRUPTCY RULE 7016-1(a)(2)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1.  Have all parties been served?  ☒ Yes  ☐ No

2.  Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☒ Yes  ☐ No

3.  Have all motions addressed to the pleadings been resolved?  ☒ Yes  ☐ No

4.  Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☒ Yes  ☐ No

5.  If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below *(or on an attached page)*:

*(Continued on next page)*

___

*Revised August 2005*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

Joint Status Report - *Page 2*     F 7016-1.1

| In re<br>**Yoo Sophia** | CHAPTER: **7** |
|---|---|
| | CASE NO.: **2:10-bk-27635-TD** |
| Debtor(s). | ADVERSARY NO.: |

**B.**    <u>**READINESS FOR TRIAL:**</u>

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                        <u>Defendant</u>
   **February, 2011**                **February, 2011**

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay:

   <u>Plaintiff</u>                        <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                        <u>Defendant</u>
   **December 31, 2010**         **December 31, 2010**

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                        <u>Defendant</u>
   **Depositions; Request for Production of Documents; Request for Admissions; and Interrogatories**    **Depositions; Request for Production of Documents; Request for Admissions; and Interrogatories**

**C.**    <u>**TRIAL TIME:**</u>

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

   <u>Plaintiff</u>                        <u>Defendant</u>
   **2 Days**                              **2 Days**

2. How many witnesses do you intend to call at trial (including opposing parties)?

   <u>Plaintiff</u>                        <u>Defendant</u>
   **Unknown**                       **Unknown**

3. How many exhibits do you anticipate using at trial?

   <u>Plaintiff</u>                        <u>Defendant</u>
   **Unknown**                       **Unknown**

*(Continued on next page)*

*Revised August 2005*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

Joint Status Report - *Page 3*  **F 7016-1.1**

| In re | CHAPTER: **7** |
|---|---|
| **Yoo Sophia** | CASE NO.: **2:10-bk-27635-TD** |
| Debtor(s). | ADVERSARY NO.: |

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference ☒(is)/☐(is not) requested. | Pre-trial conference ☒(is)/☐(is not) requested. |
| Reasons: _____ | Reasons: _____ |

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference should be set after: | Pre-trial conference should be set after: |
| (date)    **December 31, 2010** | (date)    **December 31, 2010** |

**E.    SETTLEMENT:**

1. What is the status of settlement efforts?
   **Discussing settlement options, including mediation.**

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   | Plaintiff | | Defendant | |
   |---|---|---|---|
   | ☒ Yes | ☐ No | ☒ Yes | ☐ No |

*(Continued on next page)*

---

*Revised August 2005*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

| Joint Status Report - *Page 4* | F 7016-1.1 |
|---|---|
| In re<br>**Yoo Sophia**<br><br>Debtor(s). | CHAPTER: **7**<br>CASE NO.: **2:10-bk-27635-TD**<br>ADVERSARY NO.: |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

**This case is related to four other cases in pending litigation:  *Boston Investment Co., LTD v. Sophia Yoo* (Case No.: 2:10-ap-02483-TD) in this Court;  *Yoon Chul Yoo v. Mathew Arnold et al.* (Case No.: 2:09-cv-07483-MMM) in the United States District Court for the Central District of California; *Dark Hall Productions, LLC v. Sophia Jee Yoo* (Case No.: B223362) in the California Court of Appeals, 2nd District; and *Dark Hall Productions, LLC v. Sophia Jee Yoo et al.* (Case No.: 378697).**

**Plaintiff's counsel believes the jury's findings in the case on appeal are dispositive of the issues before this Court which may or may not be affected by a resolution of the appeal.**

**Counsel for both parties believe that the current case may be resolved based on settlement and mediation of the other cases with all of the parties involved.**

Respectfully submitted,

Dated: September 27, 2010

Contego Law, PC


By:  /s/ Jason B. Cruz
Jason B. Cruz, attorney for plaintiff Dark Hall Productions, LLC



Fredman Knupfer Lieberman LLP


By:_____
Alan W. Forsley, attorneys for defendant Sophia Yoo.

_____

*Revised August 2005*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **F 7016-1.1**

| Attorney or Party Name, Address, Telephone and FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Jason B. Cruz CA**<br>**34 Plaza Square**<br>**Orange, CA 92866**<br>**866-775-3888 Fax: 866-838-8344**<br>California State Bar Number: **203133**<br><br>*Attorney for: Dark Hall Productions, LLC* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

    **Yoo Sophia**

<div align="right">Debtor(s).</div>

| | |
|---|---|
| **DARK HALL PRODUCTIONS, LLC**<br><br><div align="right">Plaintiff(s),</div><br><br>vs.<br><br>**SOPHIA YOO, a/k/a Sun G. Yoo**<br><div align="right">Defendant(s).</div> | CHAPTER: **7**<br><br>CASE NO.: **2:10-bk-27635-TD**<br><br>ADVERSARY NO.: **2:10-ap-02485**<br><br>DATE: **October 24, 2010**<br><br>TIME: **11:00 AM**<br><br>PLACE: **Courtroom 1345** |

### JOINT STATUS REPORT
### LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.** **PLEADINGS/SERVICE:**

    1.    Have all parties been served? ☒ Yes ☐ No

    2.    Have all parties filed and served answers to the complaint/ counter-complaints/etc.? ☒ Yes ☐ No

    3.    Have all motions addressed to the pleadings been resolved? ☒ Yes ☐ No

    4.    Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☒ Yes ☐ No

    5.    If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on an attached page)*:

<div align="center">*(Continued on next page)*</div>

___

*Revised August 2005*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

| Joint Status Report - *Page 2* | | F 7016-1.1 |
|---|---|---|
| In re<br>**Yoo Sophia** | | CHAPTER: **7**<br>CASE NO.: **2:10-bk-27635-TD** |
| | Debtor(s). | ADVERSARY NO.: |

**B.    READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | **February, 2011** | **February, 2011** |

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay:

   | Plaintiff | Defendant |
   |---|---|
   | | |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | **December 31, 2010** | **December 31, 2010** |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | **Depositions; Request for Production of Documents; Request for Admissions; and Interrogatories** | **Depositions; Request for Production of Documents; Request for Admissions; and Interrogatories** |

**C.    TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   | Plaintiff | Defendant |
   |---|---|
   | **2 Days** | **2 Days** |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | **Unknown** | **Unknown** |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | **Unknown** | **Unknown** |

*(Continued on next page)*

*Revised August 2005*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                                       Best Case Bankruptcy

Joint Status Report - *Page 3* | **F 7016-1.1**

| In re | CHAPTER: **7** |
|---|---|
| **Yoo Sophia** | CASE NO.: **2:10-bk-27635-TD** |
| Debtor(s). | ADVERSARY NO.: |

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff
Pre-trial conference ☒(is)/☐(is not) requested.
Reasons: _____

Defendant
Pre-trial conference ☒(is)/☐(is not) requested.
Reasons: _____

Plaintiff
Pre-trial conference should be set after:
(date)  **December 31, 2010**

Defendant
Pre-trial conference should be set after:
(date)  **December 31, 2010**

**E.    SETTLEMENT:**

1. What is the status of settlement efforts?
   **Discussing settlement options, including mediation.**

2. Has this dispute been formally mediated?      ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff
   ☒ Yes    ☐ No

   Defendant
   ☒ Yes    ☐ No

*(Continued on next page)*

*Revised August 2005*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **F 7016-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com       Best Case Bankruptcy

| Joint Status Report - *Page 4* | F 7016-1.1 |
|---|---|
| In re<br>**Yoo Sophia**<br><br>Debtor(s). | CHAPTER: **7**<br>CASE NO.: **2:10-bk-27635-TD**<br>ADVERSARY NO.: |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

**This case is related to four other cases in pending litigation:  *Boston Investment Co., LTD v. Sophia Yoo* (Case No.: 2:10-ap-02483-TD) in this Court; *Yoon Chul Yoo v. Mathew Arnold et al.* (Case No.: 2:09-cv-07483-MMM) in the United States District Court for the Central District of California; *Dark Hall Productions, LLC v. Sophia Jee Yoo* (Case No.: B223362) in the California Court of Appeals, 2nd District; and *Dark Hall Productions, LLC v. Sophia Jee Yoo et al.* (Case No.: 378697).**

**Plaintiff's counsel believes the jury's findings in the case on appeal are dispositive of the issues before this Court which may or may not be affected by a resolution of the appeal.**

**Counsel for both parties believe that the current case may be resolved based on settlement and mediation of the other cases with all of the parties involved.**

Respectfully submitted,

Dated: September 27, 2010

Contego Law, PC


By:  /s/ Jason B. Cruz
Jason B. Cruz, attorney for plaintiff Dark Hall Productions, LLC



Fredman Knupfer Lieberman LLP


By:_____
Alan W. Forsley, attorneys for defendant Sophia Yoo.

_____

*Revised August 2005*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**